```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON


EARL ROBERT MERRITT JR.

        Plaintiff,

v.                                    Civil Action No.  2:06-885

LUCY FLORENCE COCHRAN-YOUELL,
also known as Tiny, and
LINDA YOUELL-TAYLOR and
DONALD TAYLOR and
JONATHAN YOUELL,
also known as Jon, and
SHERRY YOUELL and
ANNE YOUELL-NELSON and
DONNIE NELSON and
THOMAS YOUELL,
also known as Tom, and
BRANDON YOUELL and
MANDY YOUELL and
OSCAR LEE COCHRAN and
JOYCE WINFREE-HESS and
also known as Teddie
THOMAS W. SMITH ESQUIRE and
PATTY J. SIMS and
LAWRENCE B. KELLY MD and
CARDINAL WILLIAM KEELER and
BISHOP MICHAEL BRANSFIELD and
FATHER EDWARD SADIE and
FATHER ALBERT ALEXANDEUNAS,
and all others aiding and abetting
these defendants and racketeers, and
OFFICE OF THE WEST VIRGINIA
STATE SENATOR JEFFREY V. KESSLER and
THE ST. JOHN'S CATHOLIC CHURCH
IN BELLE, WEST VIRGINIA and
THE SACRED HEART CATHOLIC CHURCH
IN CHARLESTON, WEST VIRGINIA and
THE ROMAN CATHOLIC DIOCESE
IN WHEELING, WEST VIRGINIA and
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT FOR WEST VIRGINIA and
THE ROMAN CATHOLIC ARCH-DIOCESE
```

**FOR THE STATE OF WEST VIRGINIA**
**IN BALTIMORE, MARYLAND**

  **Defendants**


**EARL ROBERT MERRITT JR.**

  **Plaintiff,**

**v.**                                              **Civil Action No.  2:07-0041**

**LUCY FLORENCE COCHRAN-YOUELL,**
**REVEREND FATHER PAUL FAHEY, Deceased, and**
**REVEREND FATHER ALBERT ALEXANDEUNAS, Pastor, and**
**REVEREND FATHER COLIN DONOHUE O.F.M. CAPUCHIN and**
**REVEREND FATHER EDWARD SADIE, Pastor**
**BISHOP MICHAEL BRANSFIELD and**
**FATHER JOHN GALLAGHER and**
**FATHER FRED ANNIE and**
**REVEREND FATHER JOHN PFANNENSTIEL and**
**EMINENCE CARDINAL WILLIAM KEELER and**
**JOSEPH RATZINGER and**
**THE HOLY SEE, VATICAN CITY, ROME, ITALY,**
**And All Other Aiding and Abetting These**
**Defendants and Racketeers Also Known as**
**His Holiness Pope Benedict XVI, and**
**ST. JOHN'S ROMAN CATHOLIC CHURCH and**
**SACRED HEART ROMAN CATHOLIC CHURCH and**
**THE ROMAN CATHOLIC DIOCESE and**
**THE CAPUCHIN-FRANCISCAN ORDER and**
**THE ROMAN CATHOLIC ARCH-DIOCESE and**
**THE ROMAN CATHOLIC CHURCH**

  **Defendants**


## MEMORANDUM OPINION AND ORDER


  These actions were previously referred to Mary E.

Stanley, United States Magistrate Judge, who has submitted her

2

Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B). As noted more fully within, in addition to his objections respecting the Proposed Findings and Recommendation, plaintiff appeals a July 12, 2007, order entered by the magistrate judge.[1]

The court has reviewed the materials submitted in support of the appeal. Plaintiff has not demonstrated that the order appealed from is either clearly erroneous or contrary to law. The court, accordingly, ORDERS that the July 12, 2007, order be, and it hereby is, affirmed.

The court has also reviewed the Proposed Findings and Recommendation entered by the magistrate judge on September 27, 2007. The magistrate judge recommends (1) dismissal of these civil actions pursuant to 28 U.S.C. § 1915(e)(2)(B), and (2) denial of plaintiff's requests to amend his complaints.

On October 12, 2007, plaintiff filed his objections to the magistrate judge's proposed disposition.[2] The court has

---

[1] Plaintiff moved orally for an extension of time to appeal the July 12, 2007, order. It is ORDERED that the oral motion for extension be, and it hereby is, granted. It is further ORDERED that the appeal, be, and it hereby is, deemed timely.

[2] On October 8, 2007, the court received an original version
(continued...)

reviewed the objections.  Plaintiff's objections are either not meritorious or are addressed fully by the magistrate judge's proposed disposition.

Inasmuch as plaintiff's objections are not meritorious, and following a *de novo* review, the court concludes the recommended disposition is correct.  The magistrate judge's Proposed Findings and Recommendation is incorporated herein in its entirety.

Based upon the foregoing, the court, accordingly, ORDERS that these actions be, and they hereby are, dismissed without prejudice.

The Clerk is directed to forward copies of this written opinion and order to counsel of record and the *pro se* plaintiff, and the United States Magistrate Judge.

DATED:  November 7, 2007

_____
John T. Copenhaver, Jr.
United States District Judge

---

[2](...continued) of plaintiff's "REQUEST FOR EXTENSION OF TIME TO ANSWER/OBJECTION TO 55 PAGES OF ORDERS TO DISMISS THE ABOVE CASES BY MAGISTRATE MARY E. STANLEY ON SEPTEMBER 27, 2007" ("REQUEST").  The REQUEST was preceded by copies of the same document sent by facsimile to chambers on October 1, 2007.  Inasmuch as plaintiff timely filed his objections on October 12, 2007, the court ORDERS that plaintiff's REQUEST be, and it hereby is, denied as moot.